# IN THE SUPREME COURT OF THE STATE OF NEVADA

MOTOR COACH INDUSTRIES, INC.,
Appellant,
vs.
A. K. AND K. K., MINORS, BY AND
THROUGH THEIR GUARDIAN
MARIE-CLAUDE RIGAUD; SIAMAK
BARIN, AS EXECUTOR OF THE
ESTATE OF KAYVAN KHIABANI, M.D.
(DECEDENT); THE ESTATE OF
KAYVAN KHIABANI, M.D.
(DECEDENT); SIAMAK BARIN, AS
EXECUTOR OF THE ESTATE OF
KATAYOUN BARIN, DDS
(DECEDENT); AND THE ESTATE OF
KATAYOUN BARIN, DDS
(DECEDENT),
Respondents.

No. 75953

FILED

FEB 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment on a jury verdict in a personal injury action. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

Because appellant filed the notice of appeal prematurely, prior to the district court's resolution of timely-filed tolling motions, this court directed appellant to show cause why the appeal should not be dismissed for lack of jurisdiction. *See* NRAP 4(a)(6). Appellant has responded and

19-06789

concedes that the district court still has not resolved the tolling motions. Therefore, this appeal is premature, and this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Adriana Escobar, District Judge
Ara H. Shirinian, Settlement Judge
Lewis Roca Rothgerber Christie LLP/Las Vegas
Hartline Dacus Barger Dreyer LLP/Dallas
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
Hartline Dacus Barger Dreyer LLP/Corpus Christi
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC/Atlanta
Kemp, Jones & Coulthard, LLP
Christiansen Law Offices
Eighth District Court Clerk